David S. Gingras, #021097
**Gingras Law Office, PLLC**
4802 E Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
David@GingrasLaw.com

Attorney for Debtor/Defendant Laura Owens

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Clayton Echard, | Adversary Case No. 26-ap-0007-BKM |
| Plaintiff/Judgment Creditor, | |
| v. | Lead Bankruptcy Case No. 2:25-bk-11801 |
| Laura Owens, | |
| Defendant/Debtor | **DEFENDANT/DEBTOR LAURA OWENS' REQUEST FOR JUDICIAL NOTICE** |
| In re: | |
| LAURA OWENS, aka LAURA MICHELLE OWENS, aka EMILY LAURA WILSON, | |
| Debtor. | |

Pursuant to Fed R. Evid. 201, Debtor/Defendant Laura Owens ("Ms. Owens") respectfully asks the Court to take notice of the court order attached hereto as Exhibit A. This document is an order entered by the Maricopa County Superior Court on September 2, 2025 in *State v. Laura Michelle Owens*, CR2025-006831.

Judicial notice of this document is proper because it is well-settled "a court may properly take judicial notice of its own records." *State v. Rhome*, 235 Ariz. 459, 461, 333 P.3d 786, 788 (App. 2014); *see also Briggs v. Montgomery*, 2019 WL 2515950, *5 (D.Ariz. 2019) ("The Court 'may take judicial notice of court filings, as they are matters of public record, and '[i]t is also well established that a … court can take judicial notice of its own records.'") (quoting *Baca ex rel. Nominal Defendant Insight Enterprises, Inc. v. Crown*, 2010 WL 2812712, *2 (D.Ariz. 2010)).

DATED January 15, 2026.

**GINGRAS LAW OFFICE, PLLC**

_____
David S. Gingras
Attorney for Debtor/Defendant
Laura Owens

# Exhibit A

# MARICOPA COUNTY SUPERIOR COURT
## STATE OF ARIZONA, COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA, | Case No.: CR2025-006831-001 |
| Plaintiff, | |
| vs. | |
| LAURA MICHELLE OWENS, | ORDER |
| Defendant. | |

UPON Defendant's Request For Declaration Of Indigency And To Appoint Investigator and Experts, and good cause appearing therefrom;

**IT IS ORDERED FINDING** Defendant indigent.

**IT IS FURTHER ORDERED GRANTING** Defendant's request to ~~appoint an~~ *Have OPDS appoint and pay for* investigator, ~~a computer forensics expert, a video expert, and a medical doctor~~ *and expert witnesses as deemed appropriate*.

DATED THIS 2nd day of September 2025.

_____
The Honorable Jeffrey Rueter