David S. Gingras, #021097
**Gingras Law Office, PLLC**
4802 E Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
David@GingrasLaw.com

Attorney for Debtor/Defendant Laura Owens

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Clayton Echard,<br><br>    Plaintiff/Judgment Creditor,<br><br>v.<br><br>Laura Owens,<br><br>    Defendant/Debtor<br><br>In re:<br><br>LAURA OWENS, aka<br>LAURA MICHELLE OWENS, aka<br>EMILY LAURA WILSON,<br><br>Debtor. | Adversary Case No. 26-ap-0007-BKM<br><br>Lead Bankruptcy Case No.<br>2:25-bk-11801<br><br>**DEFENDANT/DEBTOR LAURA OWENS' REQUEST FOR JUDICIAL NOTICE** |

Pursuant to Fed R. Evid. 201, Debtor/Defendant Laura Owens ("Ms. Owens") respectfully asks the Court to take notice of the court order attached hereto as <u>Exhibit A</u>. This document is an order entered by the Maricopa County Superior Court on September 2, 2025 in *State v. Laura Michelle Owens*, CR2025-006831.

Judicial notice of this document is proper because it is well-settled "a court may properly take judicial notice of its own records." *State v. Rhome*, 235 Ariz. 459, 461, 333 P.3d 786, 788 (App. 2014); *see also Briggs v. Montgomery*, 2019 WL 2515950, *5 (D.Ariz. 2019) ("The Court 'may take judicial notice of court filings, as they are matters of public record, and '[i]t is also well established that a … court can take judicial notice of its own records.'") (quoting *Baca ex rel. Nominal Defendant Insight Enterprises, Inc. v.* Crown, 2010 WL 2812712, *2 (D.Ariz. 2010)).

DATED January 15, 2026.

**GINGRAS LAW OFFICE, PLLC**

David S. Gingras
Attorney for Debtor/Defendant
Laura Owens

2

Case 2:26-ap-00007-BKM    Doc 3-1    Filed 01/15/26    Entered 01/15/26 13:25:34    Desc
Exhibit Request for Judicial Notice    Page 2 of 4

# Exhibit A

# MARICOPA COUNTY SUPERIOR COURT
## STATE OF ARIZONA, COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA, | Case No.: CR2025-006831-001 |
| Plaintiff, | |
| vs. | |
| LAURA MICHELLE OWENS, | ORDER |
| Defendant. | |

UPON Defendant's Request For Declaration Of Indigency And To Appoint Investigator and Experts, and good cause appearing therefrom;

**IT IS ORDERED FINDING** Defendant indigent.

**IT IS FURTHER ORDERED GRANTING** Defendant's request to ~~appoint an~~ [Have OPDS appoint and pay for] investigator, ~~a computer forensics expert, a video expert, and a medical doctor~~ and expert witnesses as deemed appropriate.

DATED THIS 2ⁿᵈ day of Sept 2025.

_The Honorable Jeffrey Rueter_