B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
_____ District Of _____
## Arizona

**In re**

**LAURA OWENS**

**Debtor**

Case No. __26-AP-0007__

Chapter __7__

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $__0.00__

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $__0.00*__

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $__0.00__

2. The source of the compensation paid to me was:

   ☐ Debtor    ☒ Other (specify)    Not applicable

3. The source of compensation to be paid to me is:

   ☐ Debtor    ☒ Other (specify)    Not applicable

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. ~~Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;~~

   b. ~~Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;~~

   c. ~~Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;~~

\* Debtor's counsel was previously paid by Debtor for work unrelated to this matter in 2024.

B2030 (Form 2030) (12/25)

    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.    [List other services that counsel has agreed to provide]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Jan. 19, 2026
*Date*

*Signature of Attorney*

Gingras Law Office, PLLC
*Name of law firm*